Writ of Mandamus Dismissed, Opinion issued December 19, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-01496-CV

---

## IN RE AFTERMATH, INC., Relator

---

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04971**

---

## MEMORANDUM OPINION

Before Justices Moseley, FitzGerald, and Myers
Opinion by Justice Moseley

Relator filed this petition for writ of mandamus complaining of two orders entered by the trial court. The facts and issues are well known to the parties, so we need not recount them herein. The orders in question have been vacated. Therefore, the issues presented in this petition are moot. *See Dow Chem. Co. v. Garcia*, 909 S.W.2d 503, 505 (Tex. 1995) (orig. proceeding), *In re Gill*, No. 06-04-00090-CV, 2004 WL 1884498 at *1 (Tex. App.–Texarkana Aug. 24, 2004, orig. proceeding). Accordingly, we **DISMISS** relator's petition for a writ of mandamus.

JIM MOSELEY
JUSTICE

121496F.P05